No. 73–6965. FALKNER ET UX. *v.* GOODHART, JUDGE, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–43. BARNES *v.* BELL ET AL. Appeal from Ct. App. Ohio, Wyandot County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1400. UPPER MISSOURI RIVER CORP. *v.* BOARD OF REVIEW, WOODBURY COUNTY. Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–6933. DUCHEIN *v.* MAYOR OF NEW YORK CITY ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–7096. EPPS ET AL. *v.* MARYLAND. Appeal from Ct. App. Md. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument. ▉

No. 73–1504. CONSOLIDATED DISTILLED PRODUCTS, INC., ET AL. *v.* MAHIN, DIRECTOR, DEPARTMENT OF REVENUE, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.